UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
AIFA HANGZHOU LAWN & GARDEN ACC. CO., LTD.,

                     Plaintiff,

     v.

THE FOUNTAINHEAD GROUP, INC.,

                     Defendant.
-----------------------------------------------------------------------

**STIPULATION OF DISMISSAL**

Civil Action No.:
6:09-CV-00618 (DNH/DEP)

          **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed with prejudice, without costs, attorneys' fees, expenses or disbursements to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 29, 2010

ADOORS, PLLC

By: _____
    RongPing Wu (515649)
8000 Towers Crescent Drive
Suite 1350
Vienna, VA 22182

Attorneys for Plaintiff

BOND, SCHOENECK & KING, PLLC

By: _____
    Thomas D. Keleher (301043)
    Suzanne M. Messer (514398)
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Fax: (315) 218-8100

Attorneys for Defendant

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: June 30, 2010
      Syracuse, NY

1669819.1